IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY LYONS,

       Plaintiff,                    No. CIV S-06-0043 FCD JFM P

   vs.

JASON ROHRER, et al.,

       Defendants.              <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 28, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's May 23, 2006 request for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 31, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

12/mp
lyon0043.36