IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY LYONS,

     Plaintiff,                      No. CIV S-06-0043 FCD JFM P

     vs.

JASON ROHRER, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed or, in the alternative, transferred to the Solano County Superior Court. This action was commenced by plaintiff in federal court and the court is without authority to transfer the action to a state court. Good cause appearing, pursuant to Fed. R. Civ. P. 41(a), plaintiff's request for voluntary dismissal shall be honored.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: July 17, 2006.

                                                   UNITED STATES MAGISTRATE JUDGE

12;lyon0043.59